GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
    rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
    fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:  (415) 392-7900
Facsimile:  (415) 398-4321

DAVIS & CERIANI, P.C.
Michael P. Cillo, *Appearing Pro Hac Vice*
    mcillo@davisandceriani.com
Valeri S. Pappas, *Appearing Pro Hac Vice*
    vpappas@davisandceriani.com
Jennifer A. Tiedeken, *Appearing Pro Hac Vice*
    jtiedeken@davisandceriani.com
1350 – 17th Street, Suite 400
Denver, Colorado 80202
Telephone:  (303) 534-9000
Facsimile:  (303) 534-4618

Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.<br><br>    Plaintiff,<br><br>v.<br><br>JOANN ASAMI, et al.,<br><br>    Defendants. | Case No.  C12-03694 DMR<br>               C12-06185 DMR<br><br>**STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE** |
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.<br><br>    Plaintiff,<br><br>v.<br><br>STONE & YOUNGBERG, LLC<br><br>    Defendants. | |

Pursuant to Civ. L.R. 7-12, the parties by and through their undersigned counsel hereby stipulate that the parties' Further Case Management Conference, currently scheduled for December 11, 2013 will be rescheduled to **January 22, 2014**, with the Joint Case Management Conference Statement due on **January 15, 2014**. The parties request re-scheduling in light of the fact that they will participating in a mediation before the Hon. William J. Cahill (Ret.) of JAMS on December 5, 2013.

Dated: December 4, 2013

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP

By:/s/ Francine T. Radford
    Francine T. Radford
    Robert A. Goodin

DAVIS & CERIANI, P.C.

Michael P. Cillo
Valeri S. Pappas
Jennifer A. Tiedeken

Attorneys for Plaintiffs
LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND

- 1 -

Case Nos. C12-03694 DMR
/C12-06185 DMR

STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: December 4, 2013 | KEESAL, YOUNG & LOGAN |
| 2 | | |
| 3 | | By: /s/ Nathan Jaskowiak |
| | | Stephen Young |
| 4 | | Ben Suter |
| | | Nathan Jaskowiak |
| 5 | | KEESEL, YOUNG & LOGAN |
| | | 450 Pacific Avenue |
| 6 | | San Francisco, California 94133 |
| | | Telephone:  (415) 398-6000 |
| 7 | | Facsimile:  (415) 981-0136 |
| | | E-mail:   stephen.young@kyl.com |
| 8 | | ben.suter@kyl.com |
| | | nathan.Jaskowiak@kyl.com |
| 9 | | Attorneys for Defendant |
| | | STONE & YOUNGBERG, LLC |
| 10 | Dated: December 4, 2013 | BECHERER KANNETT & SCHWEITZER |
| 11 | | |
| 12 | | By: /s/ Susan P. Beneville |
| | | Patrick J. Becherer |
| 13 | | Lori A. Schweitzer |
| | | Susan P. Beneville |
| 14 | | BECHERER KANNETT & SCHWEITZER |
| | | 1255 Powell Street |
| 15 | | Emeryville, California 94608 |
| | | Telephone:  (510) 658-3600 |
| 16 | | Facsimile:  (510) 658-1151 |
| | | E-mail:   pbecherer@bkscal.com |
| 17 | | lschweitzer@bkscal.com |
| | | sbeneville@bkscal.com |
| 18 | | Attorneys for Defendants |
| | | JOANN ASAMI, R. THOMAS BEACH, |
| 19 | | NATASHA BEERY, JANE BREYER, |
| | | JENNIFER LOWE CAMPBELL, OREN |
| 20 | | CHEYETTE, SARAH CLUFF, ORPHEUS |
| | | CRUTCHFIELD, LYNN DE JONGHE, |
| 21 | | ROZ HAMAR, NATALIE LENZ-ACUNA, |
| | | TIM MOPPIN, GINA MORELAND, |
| 22 | | JOANNE RUBIO, JENNIFER CURRY |
| | | VILLENEUVE, ANDREW WEILL, AND |
| 23 | | VALERIE MCCANN WOODSON |

24  PURSUANT TO STIPULATION, IT IS SO ORDERED:

25

26  DATED: 12/4/2013

27  The Honorable Donna M. Ryu
    United States Magistrate Judge

28

- 2 -    Case Nos. C12-03694 DMR
         /C12-06185 DMR

STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**FILER'S ATTESTATION**

I, FRANCINE T. RADFORD, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order Re Case Management Conference. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the attorneys listed as signatories above have concurred in this filing.

Dated:  December 4, 2013         By  /s/ Francine T. Radford
                                       Francine T. Radford

3535/001/X157714.v1

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

Case Nos. C12-03694 DMR
/C12-06185 DMR

STIPULATION AND ORDER RE CASE MANAGEMENT CONFERENCE