1  GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
2  Robert A. Goodin, Bar No. 061302
        rgoodin@goodinmacbride.com
3  Francine T. Radford, Bar No. 168269
        fradford@goodinmacbride.com
4  505 Sansome Street, Suite 900
San Francisco, California  94111
5  Telephone:     (415) 392-7900
Facsimile:     (415) 398-4321
6
DAVIS & CERIANI, P.C.
7  Michael P. Cillo, *Appearing Pro Hac Vice*
        mcillo@davisandceriani.com
8  Valeri S. Pappas, *Appearing Pro Hac Vice*
        vpappas@davisandceriani.com
9  Jennifer A. Tiedeken, *Appearing Pro Hac Vice*
        jtiedeken@davisandceriani.com
10  1350 – 17th Street, Suite 400
Denver, Colorado  80202
11  Telephone:     (303) 534-9000
Facsimile:     (303) 534-4618
12
Attorneys for Plaintiff
13  LORD ABBETT MUNICIPAL INCOME FUND,
INC., a Maryland Corporation, on behalf of its series
14  LORD ABBETT HIGH YIELD MUNICIPAL
BOND FUND, LORD ABBETT NATIONAL TAX-
15  FREE INCOME FUND and LORD ABBETT
CALIFORNIA TAX-FREE INCOME FUND
16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                        OAKLAND DIVISION
19

| 20 | LORD ABBETT MUNICIPAL INCOME FUND, INC., et al. | Case No.  C12-03694 DMR and C12-06185 DMR |
|---|---|---|
| 21 | Plaintiff, | **ORDER RE: STIPULATION TO SUBSTITUTE DOCUMENT #120-37 WITH EXHIBIT A** |
| 22 | v. | |
| 23 | JOANN ASAMI, et al., | |
| 24 | Defendants. | |
| 25 | | |

26      This matter comes before the Court on the parties Stipulation to Substitute Document

27  #120-37 with Exhibit A.  The Court, having reviewed the Stipulation, and being otherwise fully

28  advised in the premises, hereby ORDERS that Document #120-37 be removed and replaced with

{00501300.DOCX; 3}                    1                CASE NO.  C12-03694 DMR
                                                                   C12-06185 DMR
        ORDER RE: STIPULATION TO SUBSTITUTE DOCUMENT #120-37 WITH EXHIBIT A

1    Exhibit A attached to the Stipulation.

2

3    DATED: _____June 2, 2014_____          _____

4                                             The Honorable Donna M. Ryu
                                              United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00501300.DOCX; 3}                    2             CASE NO.  C12-03694 DMR
                                                              C12-06185 DMR
ORDER RE: STIPULATION TO SUBSTITUTE DOCUMENT #120-37 WITH EXHIBIT A