STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
BEN SUTER, CASB No. 107680
ben.suter@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

NATHAN R. JASKOWIAK
Attorneys for Defendant
STONE & YOUNGBERG, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC. at al.,<br><br>Plaintiff,<br><br>vs.<br><br>JOANN ASAMI, et al.,<br><br>Defendant. | Case Nos. C-12-06185-DMR and C-12-03694-DMR<br><br>**STIPULATION AND ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: The Hon. Donna M. Ryu<br>Date: June 26, 2014<br>Time: 11:00 a.m. |
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STONE & YOUNGBERG LLC,<br><br>Defendant. | |

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

1 | Plaintiff Lord Abbett Municipal Income Fund, Inc. on behalf of its series Lord Abbett High
2 | Yield Municipal Bond Fund, a Maryland corporation ("Lord Abbett"), Stone & Youngberg LLC
3 | ("S&Y) and Defendants Joann Asami, Thomas Beach, Jane Breyer, Jennifer Campbell, Oren
4 | Cheyette, Lynn De Jonghe, Roz Hamar, Tim Moppin, Gina Moreland, Jennifer Villeneuve, and
5 | Valerie McCann Woodson (collectively "the Board Members"), respectfully submit this Stipulation
6 | Regarding Enlargement of Page Limitations for Reply Briefs in Support of Motions for Summary
7 | Judgment and state as follows:

8 |     1.    On April 28, 2014, S&Y filed its Motion for Summary Judgment.  On May 1, 2014, the
9 | Board Members filed their Motion for Summary Judgment.

10 |     2.    On May 16, 2014, the Court granted Lord Abbett's Motion to File an Omnibus
11 | Response to S&Y's and the Board Member's Motions for Summary Judgment and extended the page
12 | limitations on the Omnibus Response from 25 to 45 pages.

13 |     3.    On May 27, Lord Abbett filed its Omnibus Response which was 45 pages in length.

14 |     4.    S&Y and the Board Members seek an extension of the page limitations for their Reply
15 | Briefs from 15 to 20 pages.  Lord Abbett does not object to this request.

16 | S&Y and the Board Members respectfully request the Court grant the stipulated request as set
17 | forth above.  A proposed form of Order is attached for the Court's consideration.

18 | Stipulated to this 4th day of June, 2014.

19 |

20 | DATED: June 4, 2014        /s/ Nathan R. Jaskowiak _____
                                       STEPHEN YOUNG
21 |                                     BEN SUTER
                                       NATHAN R. JASKOWIAK
22 |                                     KEESAL, YOUNG & LOGAN
                                       NATHAN R. JASKOWIAK
23 |                                     Attorneys for Defendant
                                       STONE & YOUNGBERG, LLC
24
25
26
27
28

| | |
|---|---|
| DATED: June 4, 2014 | /s/ Valerie Pappas |
| | MICHAEL P. CILLO |
| | VALERI S. PAPPAS |
| | JENNIFER A. TIEDEKEN |
| | DAVIS & CERIANI, P.C. |
| | Attorneys for Plaintiff |
| | LORD ABBETT MUNICIPAL INCOME FUND, INC., a Maryland Corporation, on behalf of its series LORD ABBETT HIGH YIELD MUNICIPAL BOND FUND, LORD ABBETT NATIONAL TAX-FREE INCOME FUND and LORD ABBETT CALIFORNIA TAX-FREE INCOME FUND |
| DATED: June 4, 2014 | /s/ Susan Beneville |
| | PATRICK J. BECHERER |
| | LORI A. SCHWEITZER |
| | SUSAN P. BENEVILLE |
| | BECHERER KANNETT & SCHWEITZER |
| | Attorneys for Defendants |
| | JOANN ASAMI, R. THOMAS BEACH, NATASHA BEERY, JANE BREYER, JENNIFER LOWE CAMPBELL, OREN CHEYETTE, SARAH CLUFF, ORPHEUS CRUTCHFIELD, LYNN DE JONGHE, ROZ HAMAR, NATALIE LENZ-ACUNA, TIM MOPPIN, GINA MORELAND, JOANNE RUBIO, JENNIFER CURRY VILLENEUVE, ANDREW WEILL, AND VALERIE MCCANN WOODSON |

KYL_SF642647

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

## ORDER

The Parties' Stipulation, S&Y and the Board Members are **DENIED** an extension of the page limitations from 15 pages to 20 pages for their Reply Briefs in support of their respective Motions for Summary Judgment.

DATED: June 5, 2014

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER DENYING ENLARGEMENT OF PAGE LIMITATIONS FOR REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT – CASE NOS. C-12-06185-DMR and C-12-03694-DMR

**FILER'S ATTESTATION**

I, Nathan R. Jaskowiak, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the attorney's listed as signatories above have concurred in this filing.

DATED: June 4, 2014                    /s/ Nathan R. Jaskowiak
                                       NATHAN R. JASKOWIAK