GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
    rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
    fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone: (415) 392-7900
Facsimile: (415) 398-4321

DAVIS & CERIANI, P.C.
Michael P. Cillo, *Appearing Pro Hac Vice*
    mcillo@davisandceriani.com
Valeri S. Pappas, *Appearing Pro Hac Vice*
    vpappas@davisandceriani.com
Jennifer A. Tiedeken, *Appearing Pro Hac Vice*
    jtiedeken@davisandceriani.com
1350 – 17th Street, Suite 400
Denver, Colorado 80202
Telephone: (303) 534-9000
Facsimile: (303) 534-4618

Attorneys for Plaintiff
LORD ABBETT MUNICIPAL INCOME FUND,
INC., a Maryland Corporation, on behalf of its series
LORD ABBETT HIGH YIELD MUNICIPAL
BOND FUND, LORD ABBETT NATIONAL TAX-
FREE INCOME FUND and LORD ABBETT
CALIFORNIA TAX-FREE INCOME FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORD ABBETT MUNICIPAL INCOME FUND, INC., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>JOANN ASAMI, et al.,<br><br>    Defendants. | Case No. C12-03694 DMR and C12-06185 DMR<br><br>**STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND** |

1.⠀⠀⠀⠀⠀On September 22, 2014, the Court taxed costs in the amount of $78,862.53 in favor of Defendants Joann Asami, R. Thomas Beach, Jane Breyer, Jennifer Lowe Campbell, Oren Cheyette, Rosalind Hamar, Lynn De Jonghe, Tim Moppin, Gina Moreland, Jennifer Curry Villeneuve, and Valerie McCann Woodson ("Board Member Defendants") and against Lord Abbett Municipal Income Fund, Inc. ("Lord Abbett"), which is incorporated into the Court's final judgment, Docket No. [293].

2.⠀⠀⠀⠀⠀Federal Rule of Civil Procedure 62(d) provides that "[i]f an appeal is taken, the appellant may obtain a stay by supersedeas bond . . . . The bond may be given upon or after filing the notice of appeal or after obtaining the order allowing the appeal. The stay takes effect when the court approves the bond."

3.⠀⠀⠀⠀⠀Lord Abbett has appealed the final judgment in this matter and the individual Lord Abbett funds have obtained supersedeas bonds (which correspond to each of the Lord Abbett Funds' pro rata holding of the Windrush Bonds) from Vigilant Insurance Company pursuant to Rule 62(d) in order to stay enforcement of the judgment. Those supersedeas bonds are attached hereto as Ex. 1.

4.⠀⠀⠀⠀⠀The parties hereby stipulate that these bonds in the total amount of $99,000 are sufficient to cover the amount of taxed costs, interest and appeal costs.

5.⠀⠀⠀⠀⠀Upon the Court's approval of the bond by entry of this Stipulation as an order, enforcement of the judgment taxing costs is stayed until final resolution of the appeal.

| | |
|---|---|
| GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP | DAVIS & CERIANI, P.C. |
| By: _____/s/Francine T. Radford_____<br>Francine T. Radford<br>Robert A. Goodin<br>505 Sansome Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 392-7900<br>Facsimile: (415) 398-4321<br>Email: rgoodin@goodinmacbride.com<br>       fradford@goodinmacbride.com<br>*Attorneys for Plaintiff* | By: _____/s/Jennifer A. Tiedeken_____<br>Michael P. Cillo<br>Valeri S. Pappas<br>Jennifer A. Tiedeken<br>1305 17th Street, Ste. 400<br>Denver, CO 80202<br>Telephone: (303) 534-9000<br>Facsimile: (303) 534-4618<br>Email: mcillo@davisandceriani.com<br>       vpappas@davisandceriani.com<br>       jtiedeken@davisandceriani.com<br>*Attorneys for Plaintiff* |

BECHERER KANNETT & SCHWEITZER

By:_____/s/Alex P. Catalona_____
Patrick J. Becherer
Lori A. Schweitzer
Susan P. Beneville
Alex P. Catalona
1255 Powell St.
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151
Email: pbecherer@bkscal.com
 lschweitzer@bkscal.com
 sbeneville@bkscal.com
*Attorneys for Defendants Joann Asami, R. Thomas Beach, Jane Breyer, Jennifer Lowe Campbell, Oren Cheyette, Lynn De Jonghe, Roz Hamar, Tim Moppin, Gina Moreland, Jennifer Curry Villeneuve, and Valerie McCann Woodson*

SO ORDERED.

DATED: 12/4/2014

IT IS SO ORDERED
/s/ Donna M. Ryu
Judge Donna M. Ryu

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

{00544629.DOCX; 1}                            3                       CASE NO.  C12-03694 DMR
                                                                               C12-06185 DMR
STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND